

**FILIPPATOS PLLC**
Employment Law, Litigation & ADR

Nicole Lancia
Admitted in NY

425 Madison Ave, Suite 1502
New York, NY 10017-1138
filippatoslaw.com  ◆  bestworkplacelawyers.com

Phone/Fax: 914-984-1111 Ext. 421
nlancia@filippatoslaw.com

February 10, 2026

Hon. Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Ok, conference adjourned*

*Colleen McMahon*

*2/10/2026*

**RE:** *Athanasios Koutsoumbidis v. Macy's, Inc. et al.*, 25-cv-10419 (CM)
Joint Request for Adjournment of Initial Pre-trial Conference

Dear Judge McMahon:

An initial pre-trial conference is currently scheduled for Thursday, February 12, 2026 in the above-captioned matter. The Court's December 17, 2025 order stated that the conference would be adjourned if the parties submitted a "conforming case management plan." Dkt. No. 5. Plaintiff and Defendants Macy's, Inc., Blue Mercury, John Fowler, Joanna Strickland, Lenny Royal, and Kimberly Barros, and have agreed upon and filed a conforming case management plan. However, Defendant Stephanie Holland has not appeared and counsel for Plaintiff has not been able to contact her. Nevertheless, counsel for Plaintiff and the Defendants who have appeared respectfully request the conference be adjourned and will work with Defendant Holland on scheduling matters when she appears in this action.

The parties have not previously requested an adjournment in this matter.

Sincerely,

/s/ Nicole Lancia
_____

Nicole Lancia, Esq.